(No. 1615— ▮▮▮▮▮▮▮▮)

LOUIS M. GIETL, AND HENRY L. GIETL, PARTNERS, DOING BUSINESS UNDER THE NAME AND STYLE OF GIETL BROS., Claimants, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed May 14, 1931.*

WALTER T. DAY, for claimant.

OSCAR E. CARLSTROM, Attorney General; CARL I. DIETZ, Assistant Attorney General, for respondent:

Mr. JUSTICE THOMAS delivered the opinion of the court:

The claimants have filed their claim for $507.65 for repairs and labor upon one of the State automobiles used by the employees of the State of Illinois. The Attorney General comes and enters into a stipulation with the claimants and admits that the State is liable in the sum of $350.00 for labor and repairs on the State automobile and recommends that an award be allowed claimants in the sum of $350.00. On the recommendation of the Attorney General for the State an award is hereby allowed in the sum of $350.00 to claimants.